IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00287-MSK-MJW

ADA MENZIES,

    Plaintiff,

v.

LA VETA SCHOOL DISTRICT RE-2; and
WAYNE GRAYBEAL, DAVID MOLYNEUX
and DEBBIE CHANNEL, in their
individual and official capacities,

    Defendants.

---

## ORDER
*(Docket No. 14)*

---

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint, and the Court, being otherwise fully advised in the premises ORDERS THAT:

Plaintiff's motion is GRANTED. The First Amended Complaint is accepted for filing. Plaintiff's Complaint shall be amended to include a claim of disability discrimination and retaliation claims and plaintiff's ERISA claim shall be dismissed.

BY THE COURT:

*[signature]*   7-14-05

Michael J. Watanabe
United States Magistrate Judge