IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00287-MSK-MJW

ADA MENZIES,

    Plaintiff,

v.

LA VETA SCHOOL DISTRICT RE-2; and
WAYNE GRAYBEAL, DAVID MOLYNEUX
and DEBBIE CHANNEL, in their
individual and official capacities,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 23) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: October 19, 2005