IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00287-MSK-MJW

ADA MENZIES,

    Plaintiff,

v.

LA VETA SCHOOL DISTRICT RE-2,
WAYNE GRAYBEAL, in his individual and official capacity,
DAVID MOLYNEUX, in his individual and official capacity, and
DEBBIE CHANNEL, in her individual and official capacity,

    Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW (#36)**
_____

THIS MATTER comes before the Court on Alexandra P. Smits' Motion to Withdraw **(#36)** as co-counsel for the Plaintiff. Having considered the Motion, the Court

**ORDERS** that the Motion **(#36)** is **GRANTED**.

Dated this 21st day of December, 2005

                                          **BY THE COURT:**

                                          _____

                                          Marcia S. Krieger
                                          United States District Judge