IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00287-MSK-MJW

ADA MENZIES,

      Plaintiff,

v.

LA VETA SCHOOL DISTRICT RE-2,
WAYNE GRAYBEAL, in his individual and official capacity,
DAVID MOLYNEUX, in his individual and official capacity, and
DEBBIE CHANNEL, in her individual and official capacity,

      Defendants.

---

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

---

THIS MATTER comes before the Court on the Plaintiff's Motion for Leave of Court to Exceed Response Brief Page Limit **(#40)**.  The Plaintiff seeks leave to file a 30-page response brief to the Defendants' summary judgment motion.  The motion states that it it opposed, but the Defendants have not timely filed any response.  There being no objection, and good cause having been shown,

**IT IS ORDERED** that the motion **(#40)** is **GRANTED**.  The Plaintiff may file a summary judgment response brief up to 30 pages in length.

Dated this 8th day of February, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge